UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gary Moritz, et al.,
    Plaintiffs,

    vs                                  Civil Action No. 1:11cv144

Premier Nutrition, et al              Bowman, M.J.
    Defendants.

**ORDER**

    The parties having reached an agreement to settle this litigation in the presence of the Court on October 11, 2012;

    It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, move to reopen the action if settlement is not consummated.

    The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    IT IS SO ORDERED.

Date:   10/11/12

                                        /s/ Stephanie K. Bowman
                                        United States Magistrate Judge